LOEWENBERGER v. FRANK. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by August Loewenberger against Samuel Frank. No opinion. Appeal dismissed, without costs.

---

LUDINGTON, Appellant, v. BLACK RIVER TRACTION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Mary E. Ludington against the Black River Traction Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

LYON v. DENNE et al. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by Charles H. Lyon, as trustee, against Minnie W. Denne, impleaded, etc. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply to the court below to open default.

---

McILVAINE v. STEINSON et al. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by Tompkins McIlvaine against George Steinson and others. No opinion. Motion dismissed.

---

McKAY, Appellant, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by John J. McKay against Lula A. McKay. No opinion. Order affirmed, with $10 costs and disbursements.

---

MALONEY, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) Action by George F. Maloney against James Kelly. No opinion. Judgment affirmed, with costs.

---

MARTIN, Appellant, v. UNIVERSAL TRUST CO., Respondent. UNIVERSAL TRUST CO., Respondent, v. MARTIN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Actions by Sarah Martin against the Universal Trust Company and by the Universal Trust Company against Sarah Martin, impleaded with others. No opinion. Motions to dismiss appeals denied.

---

MATTESON, Respondent, v. WEEKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by Elizabeth A. Matteson against Alice Isabelle Weeks. No opinion. Order affirmed, with $10 costs and disbursements.

---

MAUTHEY v. WYOMING COUNTY CO-OP. FIRE INS. CO. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by John Mauthey against the Wyoming County Co-operative Fire Insurance Company. No opinion. Motion granted, with $10 costs, unless the appellant within five days prints, files, and serves the papers on appeal, and pays $10 costs of this motion, in which event the motion is denied, and the case to be placed at the foot of the motion calendar of present term.